

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2023

**BY CM/ECF**
The Hon. Laura Taylor Swain
Chief United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

      Re:    *United States v. Rodney Smith et al.*, 23 Cr. 80 (LTS)

Dear Chief Judge Swain:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                              by:  /s/ Kedar S. Bhatia
                                          Kedar S. Bhatia
                                          Assistant United States Attorney
                                          212-637-2465

The foregoing request is granted. The Clerk of Court is respectfully directed to terminate the appearance of Kedar S. Bhatia as counsel for the United States in the above-captioned proceeding (1:23-cr-00080-LTS).  DE 177 is resolved.
SO ORDERED.
September 22, 2023
/s/ Laura Taylor Swain, Chief USDJ